|   |   |   |
|---|---|---|
| JAMES S. GARNETT, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO.   C05-1438MJP |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD MORGAN, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION FOR EXTENSION OF TIME |
| Respondent. | ) | |
| _____ | ) | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

This matter comes before the Court on petitioner's motion for an extension of time to file a response to respondent's answer to petitioner's federal habeas petition. The Court, having considered petitioner's motion, and the balance of the record, does hereby find and ORDER:

(1) Petitioner's motion for an extension of time to file a response to respondent's answer (Dkt. No. 13) is GRANTED. Petitioner is directed to file and serve his response not later than *December 16, 2005*.

(2) Respondent may file and serve any reply brief not later than *December 23, 2005*.

(3) Petitioner's federal habeas petition is RE-NOTED on the Court's calendar for consideration on *December 23, 2005*.

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
PAGE - 1

(4)   The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Marsha J. Pechman.

DATED this 14th day of November, 2005.

_____
MONICA J. BENTON
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
PAGE - 2