United States District Court-
for the
Western District of Washington

JAMES S. GARNETT,                )
                                 )
        Petitioner,              )
                                 )       C05-1438MJP
                                 )
    vs.                          )
                                 )
RICHARD MORGAN,                  )
                                 )       ORDER APPOINTING
        Respondent.              )       ASSISTANT FEDERAL
                                 )       PUBLIC DEFENDER
                                 )
                                 )
_____)

On the basis of the above-named defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel and that the Federal Public Defender for the Western District of Washington be and is hereby appointed to represent the above-named defendant pursuant to Title 18 United States code 3006A.

Dated this 17 day of October 2006

_____
United States Magistrate Judge

**ORDER APPOINTING F.P.D.**

05-CV-01438-CJA